# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

|  |  |
|---|---|
| ELISHA R. WHITE,<br><br>     Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of the Social Security<br>Administration,<br><br>     Defendant. | Case No. CIV-14-080-RAW-KEW |

## ORDER REMANDING CASE FOR FURTHER PROCEEDINGS

On July 20, 2015, the United States Magistrate Judge entered a Report and Recommendation, recommending that the above-styled case be reversed and remanded for further proceedings. The Magistrate Judge found that the decision of the Commissioner is not supported by substantial evidence and the correct legal standards were not applied. On remand, the ALJ is directed to "consider the limitation in the ability to understand and carry out detailed instructions found by Dr. Massad, include the limitation in his RFC assessment, or explain the basis for excluding the limitation."

The Government filed an objection on July 28, 2015, arguing that an ALJ does not err when he does not weigh the summary conclusions from Section I of form SSA-4734-F4-SUP. Upon full consideration of the entire record and the issues herein, this court finds that the Magistrate Judge's recommendation to reverse the ALJ's decision and remand this action for further proceedings is well-supported. Accordingly, the Report and Recommendation of the

United States Magistrate Judge is hereby affirmed and adopted as this court's Findings and Order.

IT IS THEREFORE ORDERED that the decision of the Administrative Law Judge is hereby **REVERSED** and this case is hereby **REMANDED** pursuant to the fourth sentence of 42 U.S.C. §405(g) for further administrative proceedings.

**IT IS SO ORDERED** this 31st day of August, 2015.

_____
**THE HONORABLE RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**
**EASTERN DISTRICT OF OKLAHOMA**